UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSE MARIE WAGGONER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:13CV1349 DDN |
| ) | |
| STATE OF MISSSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Plaintiffs moved to amend their complaint before any responsive pleadings were filed. Under Rule 15(a) of the Federal Rules of Civil Procedure, they have the right to amend their pleading, and the Court will grant the motion.

Defendants will not be required to submit new motions to dismiss unless the issues raised in the amended complaint moot their grounds for dismissing this action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to amend [ECF No. 11] is **GRANTED**.

Dated this 24th day of September, 2013.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE